UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NISHA CORPORATION D/B/A FINE FOOD MART, | § § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. 5:22-CV-01276 JURY |
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, | § § § § | |
| *Defendant*. | § § | |

## DEFENDANT MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY'S FEDERAL NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1441 and 1446, Defendant Mesa Underwriters Specialty Insurance Company ("MUSIC" or "Defendant") files its Notice of Removal to the United States District Court for the Western District of Texas, San Antonio Division, based on the diversity of citizenship, and respectfully shows the Court the following:

### I. PROCEDURAL BACKGROUND

On October 3, 2022, Plaintiff Nisha Corporation d/b/a Fine Food Mart ("Plaintiff") filed its Original Petition in a case styled *Nisha Corporation d/b/a Fine Food Mart v. Mesa Underwriters Specialty Insurance Company*, Cause No. 2022CI19495, pending in the 166th Judicial District Court of Bexar County, Texas.

MUSIC received the Citation and a copy of the Plaintiff's Original Petition styled *Nisha Corporation d/b/a Fine Food Mart v. Mesa Underwriters Specialty Insurance Company*, pending in the 166th Judicial District Court of Bexar County, Texas, on October 31, 2022.

1

MUSIC files this notice of removal within 30 days of receiving Plaintiff's Original Petition. *See* 28 U.S.C. § 1446(b). Defendant files this Notice of Removal within one year of Plaintiff's commencement of this lawsuit. *See id.*

All pleadings, process, orders, and other filings in the state court action are attached to this Notice as required by 28 U.S.C. § 1446(a).

Attached hereto are copies of the following documents:

- **Exhibit 1:**   The State Court's Docket Sheet;
- **Exhibit 2:**   Plaintiff's Original Petition;
- **Exhibit 3:**   Citation served on MUSIC;
- **Exhibit 4:**   MUSIC's Original Answer;
- **Exhibit 5:**   Demand Letter.

## II.   BASES FOR REMOVAL

Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.

### A.   Plaintiff and Defendant MUSIC are diverse.

Plaintiff is a convenience store located in Bexar County, Texas at 2610 West Avenue, San Antonio, Texas 78201.

MUSIC is, and was at the time the lawsuit was filed, a New Jersey domiciled insurance company with its principal place of business in New Jersey. For purposes of evaluating diversity, MUSIC is a citizen of the State of New Jersey. MUSIC is therefore not a citizen of the State of Texas for diversity purposes.

Thus, this lawsuit is between citizens of different states, and there is complete diversity of citizenship between Plaintiff and MUSIC.

**B.     The Amount in Controversy Exceeds the Jurisdictional Requirements for Subject Matter Jurisdiction.**

In determining the amount in controversy, the court may consider "policy limits... penalties, statutory damages, and punitive damages." *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998); *see Ray v. State Farm Lloyds*, No. CIV.A.3:98-CV-1288-G, 1999 WL 151667, at * 2-3 (N.D. Tex. Mar. 10, 1999) (finding a sufficient amount in controversy in plaintiff's case against their insurance company for breach of contract, fraud, negligence, gross negligence, bad faith, violations of the Texas Insurance Code, violations of the Texas Deceptive Trade Practices Act, and mental anguish); *Fairmont Travel, Inc. v. George S. May Int'l Co.,* 75 F. Supp.2d 666, 668 (S.D. Tex. 1999) (considering DTPA claims and the potential for recovery of punitive damages for the amount in controversy determination); *Chittick v. Farmers Ins. Exch.*, 844 F. Supp. 1153, 1155 (S.D. Tex. 1994) (finding a sufficient amount in controversy after considering the nature of the claims, the types of damages sought and the presumed net worth of the defendant in a claim brought by the insureds against their insurance company for actual and punitive damages arising from a claim they made for roof damages).

This is a civil action in which the amount in controversy exceeds $75,000. Paragraph 2 of Plaintiff's petition indicates that the damages in this matter do not exceed $250,000, exclusive of interest and cost. **Exhibit 2** – Original Petition. Additionally, Plaintiff's demand letter seeks $82,829.91 minus the Policy's applicable deductible, attorney fees, and treble damages under the Texas Insurance Code and DTPA. **Exhibit 5** – Demand Letter. The Plaintiff pleaded an amount in controversy that exceeds the jurisdictional requirements.

**C.     This Removal is Procedurally Correct.**

MUSIC received notice of this lawsuit on July 18, 2022. Thus, MUSIC is filing this Notice within the 30-day time period required by 28 U.S.C. § 1446(b).

Venue is proper in this District and Division under 28 U.S.C. §1446(a) because i) this District and Division include the county in which the state action has been pending, and ii) a substantial part of the events giving rise to Plaintiff's claims allegedly occurred in this District and Division.

Pursuant to 28 U.S.C. §1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice.

Promptly after MUSIC files this Notice of Removal, written notice of the filing will be given to Plaintiff pursuant to 28 U.S.C. §1446(d).

Promptly after MUSIC files this Notice of Removal, a true and correct copy of same will be filed with the Clerk of the Bexar County District Court pursuant to 28 U.S.C. §1446(d).

### III.   CONCLUSION

Based upon the foregoing, the exhibits submitted in support of this removal, and other documents filed contemporaneously with this Notice of Removal, Defendant, Mesa Underwriters Specialty Insurance Company, hereby removes this case to this Court for trial and determination.

*(Signature Block on next page)*

Respectfully submitted,

By: /s/ *William R. Moye*
**William R. Moye**
State Bar No. 24027553
**Raymond M. Kutch**
State Bar No. 24072195
**Christopher Papadopoulos**
State Bar No. 24124574
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: 713-403-8210
Telecopy: 713-403-8299
E-Mail: WMoye@thompsoncoe.com
RKutch@thompsoncoe.com
CPapadopoulos@thompsoncoe.com

**COUNSEL FOR MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2022, a true and correct copy of the foregoing instrument was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Marc K. Whyte
WHYTE, PLLC
2101 NW Military Hwy
San Antonio, TX 78213
mwhyte@whytepllc.com

/s/ *William R. Moye*
William R. Moye