UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**NISHA CORPORATION, d/b/a**
**Fine Food Mart,**

*Plaintiff*,

v.                                                                                              Case No. SA-22-CV-1276-JKP

**MESA UNDERWRITERS SPECIALTY**
**INSURANCE COMPANY,**

*Defendant*.

## ORDER REGARDING
## ORDER TO SHOW CAUSE

Before the Court is a *Joint Response to Show Cause Order* (ECF No. 17). Yesterday, in an unfortunate sequence of events, the Court sent an *Order to Show Cause* (ECF No. 16) for docketing, but before it was docketed, the parties filed a *Joint Stipulation of Dismissal with Prejudice* (ECF No. 15) because they had reached a settlement. Based upon that Stipulation, the Clerk of Court terminated and closed this case. Soon thereafter, the parties filed their Joint Response wherein they explained that they had failed to respond to a prior court order because they believed that they had filed a notice of settlement after receiving the court order. However, that notice had not been filed. The Court accepts the explanation, finds that counsel did not intentionally disregard the Court's order, and further finds that under all the circumstances, sanctions are not warranted. As stated in the Stipulation, this case is dismissed with prejudice and with each party bearing its own costs. No further order of the Court is needed.

**IT IS SO ORDERED this 23rd day of January 2024.**

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE